THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WOOS LLC dba CONVIRZA, a Nevada LLC,<br><br>                    Plaintiff,<br>v.<br><br>MOHAMMAD MUSTAFA aka MO ASADY, an individual, et al.,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-212 DBB DBP<br><br>District Judge David B. Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendants move the court for an extension of time of 60 days to respond to the complaint.[1] Plaintiff opposes the motion.[2] The court will grant the Motion in part.

Defendants seek the 60-day extension of time because their counsel recently withdrew. And as noted by Defendants, Freighton LLC cannot appear pro se as under the Local Rules because a "corporation, association, partnership, or other artificial entity must be represented by an attorney …."[3] Plaintiff argues the requested extension should be denied, or at least limited to 14 days or less, because this case has been languishing. Plaintiff outlines the procedural background in this case including the fact that the court already granted extensions of time for Defendants. The court permitted Defendants to file a reply.[4] In response, Defendants propose an extension of at least 45 days, if the court declines to enter a 60-day extension.

---

[1] ECF No. 83.

[2] ECF No. 84.

[3] DUCivR 83-1(c) (2024).

[4] ECF No. 86.

Given the procedural history of this case, the court is persuaded that an additional extension of time is justified. On September 2, 2025, the court granted Defendants' Counsel's Motion to Withdraw. That order effectively stayed this case for 21 days to allow Defendants to retain new counsel.[5] The court will allow an additional 21 days after the expiration of that stay for Defendants to file an answer based on the need to obtain new counsel, have new counsel become familiar with the case, and aide Defendants in filing an answer. Defendants' Motion is therefore GRANTED IN PART.

Defendants' Motion for an Extension of Time is GRANTED IN PART. Defendants have until Tuesday October 14, 2025, to file an answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

DATED this 4 September 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[5] ECF No. 88.