THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WOOS LLC dba CONVIRZA, a Nevada LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMAD MUSTAFA aka MO ASADY, an individual, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br>Case No. 2:25-cv-212 DBB DBP<br><br>District Judge David B. Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Defendant James Walker provides the court notice of his pro se status and moves the court for an extension of time of 60 days to respond to the complaint.[1] The court already entered an order granting in part Defendants Motion for Extension of Time.[2] In that order, the court afforded Defendants until October 14, 2025, to file an answer or otherwise respond to the complaint.[3] Mr. Walker's new motion does not provide any basis to change the court's prior decision.

The court therefore DENIES the Motion to the extent that it seeks an extension of time longer than that already ordered by the court. Mr. Walker has until October 14, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

---

[1] ECF No. 91.

[2] ECF No.

[3] Memorandum Decision and Order at 2.

DATED this 19 September 2025.

_____
Dustin B. Pead
United States Magistrate Judge