THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| WOOS LLC dba CONVIRZA, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>MOHAMMAD MUSTAFA aka MO ASADY, an individual, JAMES WALKER, an individual, CAMERON HOLMES, an individual, FREIGHTON, LLC, a Florida limited liability company, CALL GENERATION NETWORK, et al.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-212-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

Before the court are Plaintiff's Motion to Amend Complaint[1] and Motion to Seal the Motion to Amend Complaint.[2] As set forth below, the court will grant both motions.

**BACKGROUND**

This matter concerns allegations of the misappropriation of trade secrets. Convirza is a coaching company that utilizes analytics to allow companies to optimize sales and marketing, and to keep better records of their calls. Convirza uses artificial intelligence to help with its business, including reviewing certain information and providing growth opportunities for its customers. Defendant Mo Asady was Convirza's Chief Technology Officer from 2021 to 2024. Convirza alleges Asady conspired with other Convirza employees to start a competing company and funnel its business to that company. Asady denies these allegations.

[1] ECF No. 142.

[2] ECF No. 145.

## DISCUSSION

Plaintiff seeks to seal the Motion to Amend Complaint.[3] Specifically, Plaintiff seeks to restrict public access to two exhibits in its Motion for Leave to File Second Amended Complaint. Each of the exhibits contain material that has been identified as privileged. No opposition has been filed to the Motion. Accordingly, for good cause shown the court will grant the motion to seal.

Turning to the Motion to Amend, on November 13, 2026, Defendant James Walker related that he does not oppose the Motion to Amend. In addition, Defendant Cameron Holmes does not oppose the Motion and there has been no other opposition filed by any other Defendants. "Leave to amend a complaint shall be freely granted when justice so requires."[4] And here, there is no justified denial of leave to amend such as when there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc."[5] Accordingly the court will grant the motion.

## CONCLUSION AND ORDER

For the reasons set forth above, Motion to Amend Complaint[6] and Motion to Seal the Motion to Amend Complaint[7] are both GRANTED.

IT IS SO ORDERED.

---

[3] ECF No. 145.

[4] *The Wilderness Soc'y v. Kane Cnty., Utah*, 470 F. Supp. 2d 1300, 1309 (D. Utah 2006) (citing Fed. R. Civ. P. 15(a)).

[5] *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).

[6] ECF No. 142.

[7] ECF No. 145.

DATED this 16 November 2026.

Dustin B. Pead
United States Magistrate Judge